IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

PHILLIP MARTINEZ-NOLAN                                               PLAINTIFF

V.                              Civil No.5:20-CV-5082

TYSON SALES AND DISTRIBUTIONS, INC.                                  DEFENDANT

### O R D E R

On May 20, 2021, the parties entered into a settlement agreement after participating in a settlement conference conducted by the undersigned. Accordingly, it is hereby ORDERED that the case be, and it is hereby, dismissed with prejudice, subject to the terms of the settlement agreement, pursuant to Federal Rule of Civil Procedure 41(a)(2).

The Court retains jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed and that a party wishes this court to enforce the settlement agreement specifically.

IT IS SO ORDERED this 24th day of May 2021.

/s/ Christy Comstock
HON. CHRISTY COMSTOCK
UNITED STATES MAGISTRATE JUDGE